AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Dec. 13, 2006 |
| NAME OF SERVER *(PRINT)* Kenneth Peoples | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Home Address

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Dec 13, 2006
_____
Date

_____
*Signature of Server*

207 Montgomery St Suite 202 Montg, Al. 36104
_____
*Address of Server*

RETURNED AND FILED

DEC 2 2 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____    District of    _____ Alabama _____

Danny Ricky Headley

**SUMMONS IN A CIVIL ACTION**

V.

Chilton County Sheriff's Department, Chris
Maturi, Neely Strength

CASE NUMBER: 2:06CV1083-MEF

TO: (Name and address of Defendant)

Neely Strength
2475 County Road 59
Verbena, Alabama 36091

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roianne Houlton Conner
250 Winton Blount Loop
Montgomery, Alabama 36117

an answer to the complaint which is served on you with this summons, within _____ 30 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              12-7-06

CLERK                                                          DATE

(By) DEPUTY CLERK