AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Dec. 14, 2006 |
| NAME OF SERVER (PRINT) Kenneth Peeples | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 530 Monroe St.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Dec. 14, 2006
_____
Date          Signature of Server

207 Montgomery St. Suite 202 Mntg. AL 36104
Address of Server

RETURNED AND FILED

DEC 2 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

Danny Ricky Headley

V.

Chilton County Sheriff's Department, Chris Maturi, Neely Strength

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV1083-MEF

TO: (Name and address of Defendant)

Chris Maturi
162 West Fourth Street
Prattville, AL 36067-3049

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roianne Houlton Conner
162 West Fourth Street
Prattville, AL 36067-3049

an answer to the complaint which is served on you with this summons, within _____ 30 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_[signature]_

(By) DEPUTY CLERK

12-7-06

DATE