IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANNY RICKY HEADLEY**    ) | |
| ) | |
| **Plaintiff,**    ) | |
| ) | |
| ) | |
| v.    ) | Case #2:06-CV-1083-MEF |
| ) | |
| ) | |
| ) | |
| **CHILTON COUNTY SHERIFF'S**    ) | |
| **DEPARTMENT, CHRIS MATURI,**    ) | |
| **NEELY STRENGTH**    ) | |
| ) | |
| **Defendants.**    ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Comes now Chris Maturi, Alabama Probation and Parole Officer, and moves for an enlargement of time, pursuant to *Rule 6(b), Fed.R.Civ.Proc.,* to file an Answer to the complaint and submits the following in support thereof:

1. Additional time is need to research the applicable statutes at issue as they relation to the Defendant, Chris Maturi.

2. The request for an enlargement is taken in good-faith.

3. An enlargement will not prejudice the Plaintiff.

4. Defendant requests a seven (7) day enlargement making his Answer due on January 10th, 2007.

Respectfully submitted,
TROY KING
ATTORNEY GENERAL


GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL


s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steven.sirmon@paroles.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 1-3-2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following: (None), and I hereby certify that I have mailed by United States Postal

Service the document to the following non-CM/ECF participants:

George W. Royer, Jr.
LANIER FORD SHAVER & PAYNE, P.C.
200 West Side Square
Suite 5000
Huntsville, AL 35801

Roianne Houlton Conner
250 Winton Blount Loop
Montgomery, AL 36117

Respectfully submitted,

s/ STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steven.sirmon@paroles.alabama.gov