IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANNY RICKY HEADLEY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1083-MEF |
| CHILTON COUNTY SHERIFF'S DEPARTMENT, *et al.,* | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Stay (Doc. #8) filed on December 22, 2006, it is hereby

ORDERED that the plaintiff show cause in writing on or before January 12, 2007 as to why the motion should not be granted.

DONE this the 4th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE