IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DANNY RICKY HEADLEY           )
      Plaintiff                )
                                )
v.                            ) CASE NO: 2:06-CV-1083-MEF
                                )
                                )
CHILTON COUNTY, ALABAMA,      )
et al.                        )
      Defendants.              )
                                )

<u>MOTION TO DISMISS OF CHRIS MATURI</u>

      Defendant Chris Maturi, Alabama Probation and Parole Officer,

moves the Court to dismiss Plaintiff's claims against him on the following

grounds:

1.   The complaint fails to state a claim against Maturi upon which relief

     may be granted.

2.   Maturi has State-agent immunity from Plaintiff's state law claims.

3.   Plaintiff's official capacity claims alleged against Maturi under 42

     U.S.C. §1983 are barred by the Eleventh Amendment to the United

     States Constitution.

4.  Plaintiff's official capacity claims alleged against Maturi under 42 U.S.C. §1983 do not constitute a claim against a "person" within the meaning of §1983.

5.  Defendant Maturi is entitled to qualified immunity from Plaintiff's claims alleged in this action under 42 U.S.C. §1983.

6.  The claims alleged against Maturi are barred by the expiration of the applicable two-year statute of limitations.

s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steven.sirmon@paroles.alabama.gov

CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing upon the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

George W. Royer, Jr.
200 West Side Square
Suite 5000
Huntsville, Alabama 35801


Roianne Holton Conner
250 Winton Blount Loop
Montgomery, Alabama 36117


Done this the 10th day of January 2007.


                    s/STEVEN M. SIRMON
                    ASSISTANT ATTORNEY GENERAL
                    State Bar#: ASB-5949-S61S
                    Ala. Bd. Pardons and Paroles
                    P.O. Box 302405
                    Montgomery, Alabama 36130
                    Telephone: (334) 242-8700
                    Fax: (334) 353-4423
                    steven.sirmon@paroles.alabama.gov