IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANNY RICKY HEADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1083-MEF |
| ) | |
| CHILTON COUNTY SHERIFF'S ) | |
| DEPARTMENT, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Motions to Dismiss (Doc. #4, #6 & #17) filed on December 22, 2006 and January 10, 2007, it is hereby ORDERED that:

1.  The plaintiff file a response which shall include a brief and any evidentiary materials on or before January 30, 2007.

2.  The defendants may file a reply brief on or before February 6, 2007.

DONE this the 16th day of January, 2007.

         /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE