IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANNY RICKY HEADLEY** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 2:06-cv-1083-MEF |
| ) | |
| **CHILTON COUNTY, ALABAMA,** ) | |
| et al. ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

**COMES NOW** Counsel for the Plaintiff, Danny Ricky Headley, and submits this Motion for Extension of Time and states as follows:

1. That Counsel for the Plaintiff fractured her shoulder and wrist.

2. That Counsel is currently undergoing physical therapy and is under order to limit the use of arm.

3. That due to this injury and the instructions of her physician, Counsel has been forced to take extensive time off and will begin full time in two weeks.

**WHEREFORE THE PREMISES CONSIDERED**, Counsel prays that this Honorable Court will grant her Motion for Extension of Time and allow her fourteen (14) additional days.

/s/ Roianne Houlton Conner
Roianne Houlton Conner

OF COUNSEL:
LAW OFFICES OF ROIANNE HOULTON CONNER
250 Winton Blount Loop
Montgomery, Alabama 36117
Phone: (334) 215-1988
Fax:  (334) 215-7778
mrsrhconner@yahoo.com


## CERTIFICATE OF SERVICE

      I hereby certify that I have filed the foregoing upon the clerk of the Court using the CM.ECF system which will send notification of such filing to the following:

George W. Royer, Jr.
200 West Side Square
Suite 5000
Huntsville, Alabama 35801

Steven M. Sirmon
Ala. Bd. Pardons and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

                              /s/ Roianne Houlton Conner
                              Roianne Houlton Conner