IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANNY RICKY HEADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1083-MEF |
| | ) |
| CHILTON COUNTY SHERIFF'S | ) |
| DEPARTMENT, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Time (Doc. #22) filed on January 29, 2007, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED:

1. That the plaintiff file a response to defendants' motions to dismiss which shall include a brief and any evidentiary materials on or before February 15, 2007.

2. That the defendants may file a reply brief on or before February 22, 2007.

DONE this the 30th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE