### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **DANNY RICKY HEADLEY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No:  2:06-cv-01083** |
| | ) | |
| **CHILTON COUNTY (CHILTON** | ) | |
| **COUNTY SHERIFF'S DEPARTMENT),** | ) | |
| **CHRIS MATURI (INDIVIDUALLY** | ) | |
| **AND IN HIS OFFICIAL CAPACITY),** | ) | |
| **NEELY STRENGTH(INDIVIDUALLY** | ) | |
| **AND IN HIS OFFICIAL CAPACITY)** | ) | |
| **Defendants.** | ) | |

### MOTION TO DISMISS

**COMES NOW** the Plaintiff, Danny Ricky Headley, by and through Counsel, and hereby moves this Honorable Court dismiss the above cause of action and as reason therefore states as follows:

1. That Counsel as been informed that the Defendant, Neely Strength, has recently passed away.

2. That the testimony of said Defendant was a necessary and vital aspect of the cause of action.

3. That without said testimony the Plaintiff believes that to pursue said cause of action would be futile.

4. That a stipulation of dismissal is being signed by the attorney's involved with said cause of action and will be filed with this Court immediately upon receiving all signatures.

**WHEREFORE** the premises considered, the Plaintiff prays this Honorable Court

will dismiss, with prejudice, the above cause of action.

/s/ Roianne Houlton Conner
Roianne Houlton Conner

OF COUNSEL:
LAW OFFICES OF ROIANNE HOULTON CONNER
250 Winton Blount Loop
Montgomery, Alabama 36117
Phone: (334) 215-1988
Fax:  (334) 215-7778
mrsrhconner@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing upon the clerk of the Court using
the CM.ECF system which will send notification of such filing to the following:

George W. Royer, Jr.
200 West Side Square
Suite 5000
Huntsville, Alabama 35801

Steven M. Sirmon
Ala. Bd. Pardons and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

/s/ Roianne Houlton Conner
Roianne Houlton Conner