IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 FEB 20 A 9: 14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DANNY RICKY HEADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-1083-MEF |
| | ) |
| CHILTON COUNTY, ALABAMA, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR
## DISMISSAL WITH PREJUDICE

Plaintiff and defendants, through their respective counsel of record, hereby stipulate and agree pursuant to Rule 41, Federal Rules of Civil Procedure, that all claims of Danny Ricky Headley in this action may be dismissed, with prejudice, with each party to bear their own costs.

Roianne Houlton Conner

250 Winton Blount Loop
Montgomery, AL 36117
Phone: 334-215-1988

Attorney for Plaintiff Danny Ricky Headley

_/s/ George W. Royer, Jr._
George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
200 West Side Square
Suite 5000
Huntsville, AL 35801
Phone: 256-535-1100
Fax: 256-533-9322

Attorneys for Defendants Neely Strength and Chilton County, Alabama

_/s/ Steven M. Sirmon_
Steven M. Sirmon
Assistant Attorney General

Alabama Board of Pardons and Paroles
P. O. Box 302405
Montgomery, Alabama 35130
Telephone: (334) 242-8700
Fax: (3344) 353-4423

Attorneys for Defendant Chris Maturi